IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TIMOTHY MICHAEL KOOP, Defendant. | Cause No.  CR-21-51-GF-BMM  ORDER |

The Defendant, Timothy Michael Koop, moved this Court for an order releasing him from custody to allow him to attend a medical appointment on December 17, 2021 at 1:00 p.m. The Government did not object.  For good cause appearing,

IT IS HEREBY ORDERED that Mr. Koop shall be furloughed from the Cascade County Detention Center from 11:00 a.m. to 5:00 p.m. on December 17, 2021.

DATED this 13th  day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court